In the Matter of the Application of CAIN O'CONNOR, Respondent, for a Peremptory Writ of Mandamus against HENRY J. GIRVIN, as Chief of Police of the City of Buffalo, and Another, Appellants.— Order affirmed, with costs.  All concurred.

In the Matter of the Estate of MARY B. JOHNSON, Deceased.  TABERNACLE BAPTIST CHURCH OF UTICA, NEW YORK, Appellant; THE AMERICAN BAPTIST HOME MISSION SOCIETY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  All concurred.

In the Matter of the Estate of WILLIAM P. GOODELLE, Deceased.  SYRACUSE TRUST COMPANY and Another, Executors, etc., Appellants; MARY M. McLAUGHLIN, Respondent.— Decree affirmed, with costs.  All concurred.

ISAAC LAGRANGE, Respondent, v. ELMIRA, CORNING AND WAVERLY RAILWAY, Appellant.— Judgment and order affirmed, with costs.  All concurred.

FEDORA SCHINTZUIS, as Administratrix, etc., Respondent, v. LACKAWANNA STEEL COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied.  Held, the right to an order of this kind and the necessity therefor should be clearly shown upon papers setting forth facts upon which such right and necessity shall appear.  The moving papers herein do not comply with said requirements and the order should, therefore, be reversed.  All concurred.

ALBERT JOSEPH SCHWENK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs.  All concurred.

CITY OF SYRACUSE, Appellant, v. FLORENCE WRIGHT COOK and Others, Respondents.— Motion for reargument denied, without costs.  Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Transfer Tax upon the Estate of JOHN S. SHEPPARD, Deceased.— Motion to dismiss appeal granted, unless appellant shall file and serve the printed papers on appeal within twenty days.

---

## FIRST DEPARTMENT, JUNE, 1919.

In the Matter of the Application of HENRY L. DOHERTY and MERIDIAN LIGHT AND RAILWAY COMPANY, Appellants, to Vacate and Set Aside Two Subpœnas Duces Tecum in Two Actions in the Circuit Court of the County of Lauderdale, in the State of Mississippi, Numbered Respectively 9194 and 9273, Wherein J. C. Johnston is Plaintiff and Meridian Light and Railway Company is Defendant.  J. C. JOHNSTON, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUIS SMYTH, as Committee, etc., Appellant, v. GEORGE C. MAYER, Individually and as Executor, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.